No. 21-3005

# UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

---

IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES, AND ANTITRUST LITIGATION

SANOFI-AVENTIS U.S., LLC,
    *Plaintiff, Counterclaim-Defendant, and Appellant*,

v.

MYLAN, INC.,
    *Defendant and Appellee*,

MYLAN SPECIALTY, L.P,
    *Defendant-Counterclaimant and Appellee.*

---

On Appeal from the United States District Court
for the District of Kansas, No. 2:17-MD-02785 (Crabtree, J.)

---

**MOTION TO WITHDRAW PAUL LETTOW AS COUNSEL FOR *AMICUS CURIAE* THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA**

---

DARYL JOSEFFER
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-5818
plettow@uschamber.com

February 17, 2023

SETH P. WAXMAN
LEON B. GREENFIELD
DAVID M. LEHN
WILMER CUTLER PICKERING HALE AND
   DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com

*Amicus curiae* the Chamber of Commerce of the United States of America ("Chamber") respectfully moves the Court to withdraw the appearance of Paul Lettow as counsel. Mr. Lettow is imminently severing his employment with the Chamber. Mr. Lettow's withdrawal will not prejudice any party.

Respectfully submitted,

/s/ Seth P. Waxman

| | |
|---|---|
| DARYL JOSEFFER<br>U.S. CHAMBER LITIGATION CENTER<br>1615 H Street, N.W.<br>Washington, D.C. 20062<br>(202) 463-5818<br>djoseffer@uschamber.com | SETH P. WAXMAN<br>LEON B. GREENFIELD<br>DAVID M. LEHN<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>2100 Pennsylvania Ave. NW<br>Washington, D.C. 20037<br>(202) 663-6000<br>seth.waxman@wilmerhale.com |

February 17, 2023

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B)(i) in that, according to the word-count feature of the word-processing system used to prepare the motion (Microsoft Word), the motion contains 44 words, excluding the portions exempted by Rule 32(f).

## CERTIFICATE OF DIGITAL SUBMISSION

No privacy redactions were required in this motion and hence no such redactions were made. The electronic version of the motion has been scanned for viruses by Cylance Protect (version 2.0.1540.8, updated continuously) and is, according to that program, free of viruses. The electronically filed version of the motion is an exact copy of the paper version that will be filed with the clerk.

/s/ Seth P. Waxman
SETH P. WAXMAN

## CERTIFICATE OF SERVICE

On this 17th day of February 2023, I caused the foregoing to be filed with this Court and served on all parties via the Court's CM/ECF filing system.

/s/ Seth P. Waxman
SETH P. WAXMAN